## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**CHRISTOPHER G. WILEY**             **CIVIL ACTION**

**VERSUS**                                         **NUMBER 13-289-SDD-RLB**

**ATTORNEY YOLANDA CEZAR**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on July 24, 2013.

        **RICHARD L. BOURGEOIS, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CHRISTOPHER G. WILEY**                     **CIVIL ACTION**

**VERSUS**                                   **NUMBER 13-289-SDD-RLB**

**ATTORNEY YOLANDA CEZAR**

### MAGISTRATE JUDGE'S REPORT

This matter is before the Court on the Order to the plaintiff to pay, within twenty-one (21) days from the Court's Order dated June 21, 2013, the full amount of the Court's filing fee. (rec. doc. 7).

Plaintiff's complaint was filed on May 7, 2013, however, Plaintiff did not pay the filing fee or submit a motion to proceed in forma pauperis. On May 9, 2013, the Court issued an order for Plaintiff to pay the filing fee of $400.00 within 14 days. Plaintiff filed a change of address and the notice was remailed to plaintiff at the new address. On June 14, 2013, Plaintiff filed a motion to proceed in forma pauperis. On June 21, 2013, the Court denied Plaintiff's motion for leave to proceed in forma pauperis, after an examination of the in forma pauperis affidavit revealed that Plaintiff has $41,000.00 in a Trust Fund in Clearwater, Florida. Plaintiff has failed to demonstrate that he does not have sufficient funds to pay the $400.00 filing fee. The Court ordered plaintiff to pay the $400.00 filing fee within twenty-one (21) days from the date of the order. Plaintiff was advised that failure to pay the filing fee would result in the recommendation to the district court that this matter be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff has not paid the $400.00 filing fee and it has been more than twenty-one (21) days.

1

Federal Rule of Civil Procedure Rule 41(b) allows the court to dismiss an action ..."If the plaintiff fails to prosecute or to comply with these rules or a court order..."  A review of the record by the Court now reflects that Plaintiff has failed to comply with the Court's order. Accordingly, Plaintiff's action should be dismissed without prejudice for failure to pay the Court's filing fee.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that Plaintiff's complaint be dismissed without prejudice for failure to pay the Court's filing fee.

Signed in Baton Rouge, Louisiana, on July 24, 2013.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**