UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER G. WILEY<br><br>VERSUS<br><br>ATTORNEY YOLANDA CEZAR | CIVIL ACTION<br><br>NO. 13-289-SDD-RLB |

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 24, 2013, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's complaint is dismissed without prejudice for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, August *13*, 2013.

*Shelly Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA